IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 3:16-cr-30134-SMY |
| ) | |
| MARCUS KOGER, ) | |
|     Defendant. ) | |

**MOTION TO AMEND CONDITION OF PROBATION**

Comes now the defendant, Marcus Koger, by and through his attorney, The Law Office of Jessica Koester, LLC and in support of his Motion to Amend Condition of Probation states the following:

1. Mr. Koger was sentenced to a term of probation on July 13, 2017.

2. One of the factors the court took into consideration when sentencing Mr. Koger were his substantial rehabilitative efforts.

3. One of Mr. Koger's most impressive rehabilitative efforts has been his schooling to become a nurse.

4. Mr. Koger relies on student loans to pay his tuition and living expenses while in school.

5. Probation has informed Mr. Koger that he may not receive student loans absent further order from this court as they constitute new lines of credit which are prohibited under the current conditions of probation.

6. The Government has been contacted about this motion and has no objection to Mr. Koger receiving student loans payable to the school.

7. Absent the ability to procure student loans Mr. Koger will be unable to complete his education.

WHEREFORE, the defendant, Marcus Koger, respectfully requests this court grant his Motion to Amend a Condition of Probation and permit him to receive student loans to cover his tuition and living expenses while he completes school.

/s/ Jessica J. Koester
Jessica J. Koester #6277806
THE LAW OFFICE OF JESSICA KOESTER, LLC
201 Hillsboro Avenue, Suite B
Edwardsville, IL 62025
Phone (618) 692-4900
Fax (618) 655-9460
Jessica@koester-law.com

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 3:16-cr-30134-SMY |
| | ) |
| MARCUS KOGER, | ) |
|     Defendant. | ) |

### CERTIFICATE OF SERVICE

    I hereby certify that on August 10, 2017 I electronically filed the Motion to Amend Condition of Probation with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Norman Smith
Norman.Smith@usdoj.gov

And I hereby certify that on August 10, 2017 I mailed by United States Postal Service, the document to the following non-registered participants:

NONE.

                                            /s/ Jessica J. Koester