IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 3:16-cr-30134-SMY |
| | ) |
| MARCUS KOGER, | ) |
|     Defendant. | ) |

**MOTION TO AMEND CONDITION OF PROBATION**

Comes now the defendant, Marcus Koger, by and through his attorney, The Law Office of Jessica Koester, LLC and in support of his Motion to Amend Condition of Probation states the following:

1. Mr. Koger was sentenced to a term of probation on July 13, 2017.

2. Part of the sentencing order for Mr. Koger involved payment of approximately $223,000 to the IRS.

3. On December 11, 2017, Mr. Koger filed an offer and compromise for the amount of $24,400. That offer was accepted.

4. Mr. Koger owns a home that has $24,400 in equity.

5. In order to obtain that money Mr. Koger needs to obtain a home equity loan.

6. Probation has informed Mr. Koger that he may not obtain a home equity loan absent further order from this court as it constitutes a new line of credit which is prohibited under the current conditions of probation.

7. Mr. Koger understands that he may only obtain the amount necessary to satisfy the offer and compromise.

8. Mr. Koger agrees that all monies taken from his home equity account, should the court permit him to open one, shall be made payable to The Law Office of Jessica Koester, LLC and placed in the trust account for that firm.

9. The Law Office of Jessica Koester will then issue a check to the IRS on behalf of Mr. Koger.

10. Prior to Mr. Koger being sentenced he lived in Arizona.

11. Mr. Koger planned to return to Arizona for school but was not granted permission to leave the area.

12. Mr. Koger is now preparing for nursing school in Illinois.

13. However, Mr. Koger has been unable to return to Arizona to obtain his belongings and probation will not allow it without order from this court.

14. The Government has been contacted about this motion and has no objection to Mr. Koger obtaining a home equity loan under the terms discussed above. The Government has no position on the travel request.

WHEREFORE, the defendant, Marcus Koger, respectfully requests this court grant his Motion to Amend a Condition of Probation and permit him to obtain a home equity loan to satisfy the offer and compromise with the IRS, and to permit him to travel to Arizona April 5-9, 2018 to pack and transport his belongings.

/s/ Jessica J. Koester
Jessica J. Koester #6277806
THE LAW OFFICE OF JESSICA KOESTER, LLC
100 North Main Street, 2nd Floor, Suite 1
Edwardsville, IL 62025
Phone (618) 692-4900
Fax (618) 307-5870
jessica@koester-law.com

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 3:16-cr-30134-SMY |
| | ) |
| MARCUS KOGER, | ) |
|     Defendant. | ) |

## CERTIFICATE OF SERVICE

    I hereby certify that on March 23, 2018 I electronically filed the Motion to Amend Condition of Probation with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Norman Smith
Norman.Smith@usdoj.gov

And I hereby certify that on March 23, 2018 I mailed by United States Postal Service, the document to the following non-registered participants:

NONE.

    /s/ Jessica J. Koester