UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  3:16CR30134-001-SMY |
| | ) | |
| v. | ) | |
| | ) | |
| Marcus Koger, | ) | |
| | ) | |
| Defendant. | ) | |

**APPLICATION FOR WRIT OF EXECUTION**

The United States of America, plaintiff, makes application pursuant to the Federal Debt

Collection Procedures Act of 1990, 28 U.S.C. § 3203(c)(1) to the Clerk of the United States

District Court to issue a Writ of Execution stating as follows:

1.  The defendant, Marcus Koger, last known address is: "Address Redacted", Quincy,

Illinois 62305, is indebted to the United States in the amount of $173,070.08 as a result of a

judgment filed in the Southern District of Illinois, imposed on July 13, 2017.  The balance due as

of this date is $171,368.42.

2.  There is or may be property in which the debtor has possession, custody, or control,

and in which the debtor has a substantial nonexempt interest which may be levied upon for

payment of the above judgment, described as follows:

ILLINOIS STATE TREASURER UNCLAIMED PROPERTY

WHEREFORE, the United States respectfully requests that the Court issue a Writ of

Execution in accordance with the Federal Debt Collection Procedures Act of 1990.


Dated: January 17, 2019

                                        Respectfully submitted,

                                        STEVEN D. WEINHOEFT
                                        United States Attorney

                                        s/ *Adam E. Hanna*
                                        ADAM E. HANNA
                                        Assistant United States Attorney
                                        Nine Executive Drive
                                        Fairview Heights, Illinois 62208
                                        (618) 628-3700