IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| vs.    ) | No.  16-CR-30134-SMY |
| ) | |
| MARCUS KOGER,    ) | |
| ) | |
| Defendant.    ) | |

**GOVERNMENT'S MOTION FOR REVOCATION OF PROBATION AND SUPPLEMENTAL RESPONSE TO MOTION TO TERMINATE DEFENDANT'S PROBATION**

The United States of America, by Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Norman R. Smith, Assistant United States Attorney, herein submit the Government's Motion for Revocation of Probation pursuant to Title 18, United States Code, Section 3565 and Rule 32.1 of the Federal Rules of Criminal Procedure and the Supplemental Response to Defendant's Motion to Terminate Probation.

1.     On November 6, 2019, the Court called a motion hearing on the Defendant's Motion to Terminate Probation. [Doc. 43].  On running a credit report of the Defendant that day, it was discovered that a substantial amount of additional credit and indebtedness was undertaken by the Defendant in 2019 that was not reported to U.S. Probation.  Because of the new evidence, the Government moved for a continuance of the hearing without objection by the Defendant. The hearing was continued to January 9, 2020.  Since all of the requested financial records were not available, the Court granted a continuance of the hearing until February 27, 2020.  [Doc. 45]

2.     On July 13, 2017, the Court had previously sentenced the defendant to serve five years' probation.  [Doc. 24]  Conditions of probation included that the defendant shall not

1

commit another crime and while any financial penalties are outstanding, the defendant shall not incur new credit charges or open additional lines of credit without the approval of the Court or probation officer.  As a standard condition the defendant was also required to submit truthful monthly supervision reports.  The knowing submission of false monthly supervision reports is a criminal offense punishable by a term of imprisonment exceeding one year and is therefore a Grade "B" violation. [See 18 U.S.C. §1001, U.S.S.G. §7B1.1]   See *United States v. Cunningham*, 151 F.3d 1034 (7th Cir. 1998).  Falsifying income to obtain loans is loan application fraud and is punishable by a term of imprisonment of up to thirty years and is therefore a Grade "A" violation.  [See 18 U.S.C. §1014, U.S.S.G. §7B1.1]

      3.      The monthly supervision reports submitted by Marcus Koger to U.S. Probation from September 2018 through November 2019 were reviewed.  The November 2019 report was submitted by the defendant on December 10, 2019.  In each report for expenditures over $500 he reports nothing.

In each report for any vehicle he owns he reports a 2018 Jeep Wrangler.

| 2018 | JEEP | WRANGLER | black |
|---|---|---|---|
| (Year) | (Make) | (Model) | (Color) |
| 190051 | marcus koger | | 01/19/2018 |
| (License/Tag/Reg. Number) | (Owner) | (Mileage) | (Purchase Date) |
| $44,000.00 | finance | $900.00 | $611.00 |
| (Total Cost) | (Method of Payment) | (Down Payment) | (Monthly Payment) |

In the monthly reports under financial accounts he reports only two: Penfed Credit Union and US Bank.

Financial Accounts Information:

a. marcus koger — checking — penfed credit union
   (Owner(s)) — (Account Type) — (Bank/Insitution Name)

   $25.00
   (Balance/Value)

Financial Accounts Information:

b. marcus koger — checking — us bank
   (Owner(s)) — (Account Type) — (Bank/Insitution Name)

   $200.00
   (Balance/Value)

For current monthly expenses he reports $675 in rent and credit card loans of $100.

Current Monthly Expenses:

a. $675.00 — — — (Ut
   (Rent/Mortgage) — (Transportation) — (Grocery)

   — — $100.00
   (Telephone) — (Medical/Insurance) — (Credit Card/Loans)

   — — 
   (Other) — (Other2) — (Other3)

In submitting the report monthly there is language where he certifies that all of his answers are complete and correct.

**I certify that all answers are complete and correct**

4. There is a plethora of evidence that the defendant knowingly submitted false, incomplete and incorrect monthly reports to U.S. Probation.

5. USAA Federal Savings Bank is an account disclosed by Marcus Koger to U.S. Probation however numerous expenditures over $500 were not disclosed as well as several

significant loan applications and loans obtained. Unusual expenses included nearly $10,000 spent at Sam's Club on July 31, 2019.

```
MARCUS KOGER - 4270 XXXX XXXX 6513
Trans Date  Post Date   Reference Number        Description                                      Amount
07/31       07/31       24226386MBLH3BQTY       SAMS CLUB #4878 GLEN CARBON IL                 $1,651.84
07/31       07/31       24231686MBLGXP96Q       DAIRY QUEEN #41789 GLEN CARBON IL                  $5.43
07/31       07/31       24445006MBLLEVVW2       WM SUPERCENTER #1418 O FALLON IL                  $50.97
07/31       07/31       24445006MBLLEVW1R       SAMS CLUB #4878 GLEN CARBON IL                 $4,955.52
07/31       07/31       24445006MBLLEVW4B       SAMS CLUB #8285 O'FALLON IL                    $3,097.20
07/31       07/31       24445736MHEVH1NHK       MACYS ST.CLAIR SQUARE FAIRVIEW HEIG IL            $27.08
08/01       08/01       24692166M2XEJB8NP       HOTWIRE-SALES FINAL    866-468-9473 CA           $785.86
                                                Total Transactions For MARCUS KOGER          $10,573.90
Fees
```

Undisclosed to U.S. Probation was the purchase of a new 2019 4 door Jeep Rubicon. He listed his annual salary at $120,000 and obtained a loan on April 5, 2019 for $75,000.



**Consumer Loan Application**
Application Type: Regular, Application Number: 0038845700, Loan Number: 1108490622

**Financial Information:**
**Employment:**
Employment Class: EMPLOYED
Occupation:
Employer: My blooming health
Employment Income: $120,000.00

Industry:
Length of Employment: More than 2 years
Frequency: ANNUAL
Branch of Service:

**COLLATERAL DETAILS (AUTO)**
Year: 2019
Model: WRANGLER
Body Style: 4D 4WD
Color of Vehicle:

Make: JEEP
Series: UNLTD RUBICON
Odometer Reading: 40 miles
VIN: 1C4HJXFG7KW639571

*Note, Disclosure, and Security Agreement*
*NONNEGOTIABLE PROMISSORY NOTE*

| Lender | Borrower(s) |
|---|---|
| USAA Federal Savings Bank<br>10750 McDermott Freeway<br>San Antonio, TX 78288 | MARCUS KOGER<br>1033 DIANA DR APT 3<br>QUINCY IL 62305 - 9611 |

Loan Number  1108490622
Loan Date  04/05/2019
Maturity Date  To Be Determined
Loan Amount  $75,000.00

4

On April 15, 2019 he obtained a $35,000 debt consolidation loan. He listed his annual salary at $170,000.



On June 20, 2019, Marcus Koger obtained a loan for $17,999 for the purchase of a new Can Am Spyder F3 SE6 3-wheel motorcycle. On the loan application he indicated his annual salary was $250,000.

**COLLATERAL DETAILS (MOTORCYCLE)**

| | |
|---|---|
| Year: 2019 | Make: CAN AM |
| Model: SPYDER F3 SE6 | Body Style: |
| Odometer Reading: 1 miles | VIN: 2BXRDDE26KV000288 |
| Valuation Source: NADA | Manual Entry Reason Indicator: |
| Manual Entry Reason: | Actual Value: $17,999.00 |
| Value Type: | Valuation Date: |

**Registration Details:**
(1) Applicant: MARCUS KOGER - PRIMARY       Driver's License Number:

**Financial Information:**
Employment:
Employment Class: EMPLOYED
Occupation:
Employer: My blooming health
Employment Income: $250,000.00

*Note, Disclosure, and Security Agreement*
*NONNEGOTIABLE PROMISSORY NOTE*

| Lender | Borrower(s) |
|---|---|
| USAA Federal Savings Bank<br>10750 McDermott Freeway<br>San Antonio, TX 78288 | MARCUS KOGER<br>1033 DIANA DR APT 3<br>QUINCY IL 62305 - 9611 |

Loan Number  1111884720
Loan Date  06/20/2019
Maturity Date  07/14/2025
Loan Amount  $ 17,999.00

```
                          Note, Disclosure, and Security Agreement
                          NONNEGOTIABLE PROMISSORY NOTE
Lender                          Borrower(s)
  USAA Federal Savings Bank       MARCUS KOGER
  10750 McDermott Freeway         1033 DIANA DR APT 3
  San Antonio, TX 78288           QUINCY IL 62305 - 9611

Loan Number   1111928600
Loan Date     06/21/2019
Maturity Date 07/15/2025
Loan Amount   $ 18,500.00
Renewal of
```

On July 20, 2019, Marcus Koger applied to USAA for a $65,000 debt consolidation loan. He reported his total monthly income as $21,000. That loan request was denied.

```
APPLICATION DETAILS
Channel: Telephone                    Submit Date: July 20, 2019
App Number: 0047943243                Loan Application State Indica
Loan Purpose: Renew an existing loan  Collateral Type:
Collateral Age:                       Purchase From:
Amount Requested: $65,000.00          Will this be purchased outsid
                                      States or U.S. Territories?:
How will funds be used?: Debt Consolidation   Is there collateral?:

Financial Information:
Employment:
Employment Class: PVT
Occupation:
Employer: my blooming health
Employment Income: $21,000.00

Loan Decision: Decline
Credit Decision: Declined
```

6.  Undisclosed to U.S. Probation, Marcus Koger applied for a Helzberg Diamonds Capital One credit card on March 30, 2019. He then made a purchase on March 30, 2019 in the amount of $4,189.79. Numerous purchases were subsequently charged to the credit card including travel to Fort Worth, Texas.

7

| Account # | | 2026200006833240 |
|---|---|---|
| Date opened | | 03/30/2019 |
| Name on account | | MARCUS T KOGER |
| Social security number | | ███████ |
| Current address | | 1033 DIANA DR APT 3 QUINCY, IL 62305 |

| 03/30/19 | 03/30/19 | PURCHASE, DES PERES | MO | | Same As Cash | T190890285002790000001 | $4,178.79 |

| Nov 7 | DELTA AIR 0062347980715DELTA.COMCA TK#: 0062347980715 PSGR: BOHLEN/DARBY ORIG: STL, DEST: MSP S/O: O CARRIER: DL SVC: U ORIG: MSP, DEST: SFO CARRIER: DL SVC: U | $266.80 |
|---|---|---|
| Nov 7 | DELTA AIR 0062347347042DELTA.COMCA TK#: 0062347347042 PSGR: KOGER/MARCUS ORIG: STL, DEST: MSP S/O: O CARRIER: DL SVC: A ORIG: MSP, DEST: SFO CARRIER: DL SVC: A | $510.80 |
| Nov 7 | AT&T I081 5178QUINCYIL | $88.00 |
| Nov 8 | DELTA AIR 0062347912618DELTA.COMCA TK#: 0062347912618 PSGR: DORIS/MICKA ORIG: STL, DEST: MSP S/O: O CARRIER: DL SVC: E ORIG: MSP, DEST: SFO CARRIER: DL SVC: E | $236.80 |

7.      Undisclosed to U.S. Probation, Marcus Koger applied for a Nordstrom Visa credit card on September 1, 2019.  The application indicated that his annual income was $275,000.

## Applicant Information for **MARCUS KOGER**

| Field | Value |
|---|---|
| Client Ref ID | 201924486480 |
| App Date | 9/1/2019 2:46:35 PM |
| App Channel | Mobile |
| Opened at Store | 240 |
| First Name | MARCUS |
| Middle Name | |
| Last Name | KOGER |
| SSN | |
| App Birth Dt | 19880815 |
| Product Name | VISA SIGNATURE Fashion Rewards |
| ID Document | Drivers License |
| ID Document Issuer | |
| ID Document Number | not foud |
| ID Document Expire Date | 19000101 |
| Email Addr | MARCUSKOGER88@GMAIL.COM |
| Hm Phone No | |
| Mb Phone No | 6185672255 |
| Wrk Phone No | |
| Annual Income | $275,000 |
| Employer Name | |
| Job Title | |
| Addr Line 1 | 1033 DIANA DR APT 3 |
| Addr Line 2 | |
| App City | QUINCY |
| App State Nm | IL |
| App Postal CD | 62305 |
| App Country Nm | USA |
| Routing No | |
| Checking Acct Number (tokenized) | 0 |
| IP Address | |
| Sale Employee ID | 8744641 |
| Decision | Approved |
| Decision Description | The application has been approved |
| Terms and Cond ID | 201903en0207934 |
| MLA Indicator | N |

Unusual expenses by Marcus Koger on the Nordstrom credit card that were expenses in excess of $500 not disclosed to U.S. Probation include approximately $4000 at Sam's Club on August 12th – 13th of 2019.

| Date | Description | Amount |
|---|---|---|
| Aug 12 | Samsclub #8285 O'fallon IL | 1,445.36 |
| Aug 12 | Wm Supercenter #256 Glen Carbon IL | 49.94 |
| Aug 12 | Pur Performance Saint Charles MO | 634.26 |
| Aug 13 | Sams Club #4878 Glen Carbon IL | 125.56 |
| Aug 13 | Samsclub #8285 O'fallon IL | 1,858.32 |

Over $5,600 at Walmart on September 19th – 21st, 2019.

| Date | Description | Amount |
|---|---|---|
| Sep 19 | Wm Supercenter #1454 Quincy IL | 2,525.78 |
| Sep 21 | Wm Supercenter #361 Collinsville IL | 3,138.61 |

8.  Marcus Koger has a financial account at PenFed Credit Union.  Expenses over $500 that were required to be disclosed to U.S. Probation, but were not, include Koger's travel to Detroit and Pittsburg and a large Gucci purchase.

| Post Date | Trans Date | Reference | Description | | Amount |
|---|---|---|---|---|---|
| 08/12 | 08/10 | 7376908TGP200YGJA | GUCCI #67 67 LAS VEGAS NV | | $1,028.38 |
| 08/18 | 08/16 | 7376908TNJJ00YGJA | DELTA AIR LINES | ATLANTA | $703.00 |
| | | 08/15/19 | KOGER/MARCUS | | $0.00 |
| | | 1 DL C | ST LOUIS | DETROIT | $0.00 |
| | | 2 DL C | DETROIT | PITTSBURGH | $0.00 |
| | | 3 YY 0 | PITTSBURGH | ZZZ | $0.00 |

9.  Marcus Koger also has a Discover credit card.  There were numerous expenses on this credit card in 2019 that were required to be reported to U.S. Probation but were not disclosed.

| Date | Date | Description | Amount |
|---|---|---|---|
| Jun 6 | Jun 6 | KRUMREY HOME FURNISH GRANITE CITY IL | 1,050.00 |
| Sep 6 | Sep 6 | SAMS CLUB - #4999 QUINCY IL | $ 3,097.20 |

| | | | |
|---|---|---|---:|
| Sep 28 | Sep 28 | WAL-MART SC - #0213 LITCHFIELD IL | 3,030.72 |
| Oct 1 | Oct 1 | APL*ITUNES.COM/BILL 866-712-7753 CA MTF3VML4DBA0 | 10.61 |
| Oct 1 | Oct 1 | IIQ*IDENTITYIQ.COM 877-875-4347 NV IIQ*IDENTITYIQ.COM | 29.99 |
| Oct 3 | Oct 3 | IIQ*IDENTITYIQ.COM 877-875-4347 NV IIQ*IDENTITYIQ.COM | 18.99 |
| Oct 3 | Oct 3 | WAL-MART SC - #1454 QUINCY IL | 3,033.01 |
| Oct 5 | Oct 5 | APL*ITUNES.COM/BILL 866-712-7753 CA MTF3X89XLKA0 | 13.80 |
| Oct 11 | Oct 11 | APL*ITUNES.COM/BILL 866-712-7753 CA MTF3YM5ZYYA0 | 2.99 |
| Oct 11 | Oct 11 | WAL-MART SC - #1761 GRANITE CITY IL | 2,526.30 |
| Nov 1 | Nov 1 | WAL-MART SC - #1454 QUINCY IL | 3,536.28 |

10. Undisclosed to U.S. Probation, in July of 2019, Marcus Koger obtained a consumer loan through Midland States Bank/Green Sky Financial.

| | | | |
|---|---|---|---|
| Name: | GreenSky Consumer Projects | Product: | 8189 |
| | | Type: | Standard |
| Company | | Number: | 549269XXXXXX |
| Name: | Marcus T Koger | Expiration Date: | 0120 |
| Street Address: | 1033 Diana Dr Apt 3 | Card History: | View History |
| City: | Quincy | Card Transfer: | |
| State: | IL | Card Transfer Reason: | None |
| Zip Code: | 62305 | | |
| Authorized Signatory: | Koger, Marcus | **Status** | |
| | | Status: | Open |
| **Accountholder** | | Effective Date: | 2019-07-10 |
| Name: | Marcus Koger | Closed Reason: | |
| Phone: | | Authorization: | Full Authorized |

The credit limit was originally $3,000 and then was increased to $7,000. Koger's request that the credit limit be increased to $10,000 was declined. Koger reported his monthly income as $22,916.67.

| | |
|---|---|
| Email Address: | marcuskoger88@gmail.com |
| Employer: | |
| Years On Job: | |
| Title: | |
| Total Monthly Income: | $22,916.67 |

Expenses on the credit extension included a large expenditure at Ideal Image med spa.

| PURCHASES | | | | |
|---|---|---|---|---:|
| 4435928 | 07/10/2019 | 07/13/2019 | IDEAL IMAGE MO (CREVE | $2,674.48 |
| FEES | | | | |

11

11. Undisclosed to U.S. Probation, on February 20, 2019, Marcus Koger obtained a Macy's American Express credit card. Koger indicated that his total annual income was $150,000. Numerous expenses on the credit card exceeding $500 were not reported to U.S. Probation.

Account # XXXXXXXXXX7941 is an individual account opened on 2/20/2019.

| | |
|---|---|
| Monthly Income: | $12,500.00 |
| Other Annual Income: | $0.00 |
| Nontaxable Income: | $0.00 |
| Source of NT Income: | |
| Grossed Up Income: | $0.00 |
| Total Annual Income: | $150,000.00 |

| | | | |
|---|---|---|---|
| May 23 | FLESNER WENTZEL FLESNER W | SAINT CHARLES MO | $1,500.00 |
| ... | ... | ... | ... |
| Oct 04 | WAL-MART SUPERCENTER 1454 | QUINCY IL | $2,526.73 |
| Oct 05 | VANS.COM | COSTA MESA CA | $79.88 |
| Oct 08 | WAL-MART SUPERCENTER 1454 | QUINCY IL | $2,021.79 |
| Oct 08 | SAM'S CLUB 4999 4999 | QUINCY IL | $40.94 |
| Oct 09 | WAL-MART SUPERCENTER 1454 | QUINCY IL | $4,041.55 |

12. In June of 2019, the I.R.S. temporarily closed its civil collection case for $239,592.23 unpaid taxes assessed.



Department of the Treasury
Internal Revenue Service
Small Business / Self-Employed Division
380 OFFICE COURT
FAIRVIEW HEIGHTS, IL 62208-2059

Date: 06/04/2019
Person to contact:
Name: VICTORIA J KLAAS
Employee ID number: 1000255926
Telephone: (618)589-7315
Fax: (877)824-5895

Marcus T. Koger
1033 Diana Drive, Apt. 3
Quincy, IL 62305

Taxpayer ID number:
XXX-XX-5283

**Case Closed -- Currently Not Collectible**

We temporarily closed your collection case for the tax types and periods listed below. We determined y
don't have the ability to pay the money you owe at this time.

12

This was based on information provided to the I.R.S. by Koger on March 29, 2019 in a Form 433-A Collection Information Statement. The financial statement was signed by Marcus Koger under penalties of perjury.

In the financial statement he lists his total monthly income as $2,900 and his total monthly expenses as $2974. There is a dramatic difference in the income he reported to the Internal Revenue Service and the income he reported to financial institutions when he was seeking loans and extensions of credit.

13

WHEREFORE, the United States requests a hearing to revoke the probation of the Defendant.

>Respectfully submitted,
>
>STEVEN D. WEINHOEFT
>United States Attorney
>
>*s/Norman R. Smith*
>NORMAN R. SMITH
>Assistant United States Attorney
>Nine Executive Drive
>Fairview Heights, IL  62208
>(618) 628-3700
>E-mail:  Norman.Smith@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 16-CR-30134-SMY |
| ) | |
| MARCUS KOGER, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2020, I caused to be electronically filed:

### GOVERNMENT'S MOTION FOR REVOCATION OF PROBATION AND SUPPLEMENTAL RESPONSE TO MOTION TO TERMINATE DEFENDANT'S PROBATION

with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorney of record.

*s/ Norman R. Smith*
NORMAN R. SMITH